Joseph M. Aldridge
ISB #9194; jma@sgaidaho.com
Keegan C. Hahn
ISB #11298; kch@sgaidaho.com
SCANLAN GRIFFITHS + ALDRIDGE
913 W. River Street, Suite 310
Boise, Idaho 83702
Telephone (208) 991-1200
Fax (208) 908-0043

*Attorneys for Defendants the Idaho State Bar,*
*Robert A. Berry, Lawrence G. Wasden,*
*Kristin Bjorkman, Joseph N. Pirtle,*
*and Mitchell W. Brown*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Brooks M. Witzke,<br><br>    Plaintiff,<br><br>vs.<br><br>IDAHO STATE BAR, et. al.<br><br>    Defendants. | Case No. 1:22-cv-00478-REP<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO SEAL** |

COME NOW *Defendants the Idaho State Bar, Robert A. Berry, Lawrence G. Wasden, Kristin Bjorkman, Joseph N. Pirtle, and the Honorable Mitchell W. Brown* by and through their attorneys of record, and hereby move the Court to seal Defendants' Response in Opposition to Plaintiff's Motion for a Preliminary Injunction and Expedited Hearing as Soon as Practicable [Dkt. 3], including the supporting Declaration of Joseph N. Pirtle.

The party seeking to seal a judicial record bears the burden of showing that "compelling reasons" outweigh the public policies favoring disclosure. *Rafferty v. Keypoint Gov't Sols., Inc.*, 2020 WL 7038952, at *6–7 (D. Idaho Nov. 30, 2020) (citations and quotations omitted). Here, the

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL - 1**

State Defendants are relying upon information regarding Plaintiff's 2022 bar application process, including information from his Idaho Bar Commission Rule 208 hearing before the Idaho State Bar Character and Fitness Committee, the Committee's recommendation on Plaintiff's 2022 bar application, and the Idaho State Bar Board of Commissioners' decision regarding Plaintiff's 2022 bar application. The State Defendants are also relying on the Idaho Supreme Court decision on Plaintiff's 2020 bar application that affirmed the findings of the Idaho State Bar Board of Commissioners that Plaintiff had failed to demonstrate he met some of the essential eligibility requirements to practice law in Idaho under Idaho Bar Commission Rule 201 and was disqualified on character and fitness grounds under Rule 210.

    Per Idaho Bar Commission Rule 223, all documents, records, and hearings relating to applications shall be confidential and not disclosed relating to Applicants unless confidentiality is waived in writing. Because the arguments in the Response to Plaintiff's Motion for a Preliminary Injunction relate to the documents, records, and hearings from Plaintiff's 2022 bar application process, as well as the Idaho Supreme Court Order, the Response to Plaintiff's Motion for a Preliminary Injunction and Expedited Hearing as Soon as Practicable [Dkt. 3], including the supporting Declaration of Joseph N. Pirtle, should be sealed.

    DATED December 15, 2022.    SCANLAN GRIFFITHS + ALDRIDGE

    By   /s/ Joseph M. Aldridge
        Joseph M. Aldridge

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL - 2**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 15, 2022, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Brooks M. Witzke<br>579 Bannock Ave.<br>American Falls, Idaho 83211<br>Telephone (302) 604-4925<br>*Attorneys for Plaintiff* | ☒ ECF<br>BrooksWitzke@Witzkelaw.com |

    /s/ Joseph M. Aldridge
    Joseph M. Aldridge

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL - 3**