UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| BROOKS M. WITZKE, | Case No.: 1:22-CV-00478-REP |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| IDAHO STATE BAR, | |
| ROBERT A. BERRY, individually and in his official capacity as a DEPUTY ATTORNEY GENERAL FOR THE STATE OF IDAHO, | |
| LAWRENCE G. WASDEN, individually and in his official capacity as the ATTORNEY GENERAL FOR THE STATE OF IDAHO, | |
| KRISTIN L. BJORKMAN, individually and in her official capacity as the PRESIDENT OF THE IDAHO STATE BAR BOARD OF COMMISSIONERS, | |
| JOSEPH N. PIRTLE, individually and in his official capacity as the IDAHO STATE BAR COUNSEL, | |
| MITCHELL W. BROWN, individually and in his official capacity as the DISTRICT COURT JUDGE FOR THE COUNTIES OF CARIBOU, BEAR LAKE, FRANKLIN, and BANNOCK, COUNTIES WITH THE SIXTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, | |
| THE COUNTY OF CARIBOU, IDAHO, | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered

and that the case be dismissed in accordance with (i) the December 15, 2022 Order Dismissing

Bannock County (Dkt. 39); (ii) the May 11, 2023 Memorandum Decision and Order Re: County

**JUDGMENT - 1**

Defendants' Motion to Dismiss (Dkt. 123); (iii) the May 11, 2023 Memorandum Decision and Order on State Defendants' Motion to Dismiss (Dkt. 124); (iv) the August 1, 2023 Order Re: Plaintiff's Motion for Voluntary Dismissal (Dkt. 154); and (v) Plaintiff's August 1, 2023 Notice of Non-Objection to Court's Terms and Conditions for Voluntary Dismissal (Dkt. 155).

The Court will retain jurisdiction for the limited purpose of adjudicating issues related to attorney's fees and costs as contemplated by the August 1, 2023 Order Re: Plaintiff's Motion for Voluntary Dismissal (Dkt. 154).

DATED:  August 16, 2023

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

**JUDGMENT - 2**